

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MYRTA CABALLERO ENCINAS, | § | No. 08-16-00050-CV |
| Appellant, | § | Appeal from the |
| v. | § | 83rd District Court |
| BILLY WAYNE JACKSON, | § | of Pecos County, Texas |
| Appellee. | § | (TC# 7336) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JUNE, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating